***E-Filed: April 8, 2015***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIM CURTIS and MARIA CURTIS, | No. C14-05167 HRL |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| NATIONSTAR MORTGAGE, LLC; et al., | |
| Defendants. | |

A Case Management Conference was held on March 17, 2015. Plaintiff's counsel, John Sargetis, did not timely appear at the Case Management Conference.

Plaintiff's counsel shall appear on April 21, 2015, at 10:00 am in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and explain why he failed to timely appear at the Case Management Conference. Plaintiff's counsel shall file a Statement in response to this Order to Show Cause no later than April 14, 2015.

**IT IS SO ORDERED.**

Dated: April 8, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE


**C14-05167 HRL** N**otice will be electronically mailed to:**

Carlo Luis Rodes     crodes@mcguirewoods.com, mmyers@mcguirewoods.com

John Steve Sargetis     jsargetis@unitedlawcenter.com, apeterson@unitedlawcenter.com, dmatthews@unitedlawcenter.com, kmontgomery@unitedlawcenter.com, kpillado@unitedlawcenter.com, ragra@unitedlawcenter.com, tlevitt@unitedlawcenter.com

Seth Philip Cox     spcox@mcguirewoods.com, dvickers@mcguirewoods.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**