*E-Filed: April 16, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JIM CURTIS and MARIA CURTIS,                       No. C14-05167 HRL

         Plaintiffs,                    **ORDER DISCHARGING**
  v.                                          **ORDER TO SHOW CAUSE**

NATIONSTAR MORTGAGE, LLC; et al.,

         Defendants.
_____/

      A Case Management Conference was held on March 17, 2015.  Plaintiff's counsel, John Sargetis, did not timely appear at the Case Management Conference.  Accordingly, the Court ordered Mr. Sargetis to appear on April 21, 2015, and explain why he failed to timely appear at the Case Management Conference.

      Mr. Sargetis filed a Statement in response to the Order to Show Cause on April 14, 2015. Based on Mr. Sargetis's explanation as to why he did not timely appear at the Case Management Conference, the Order to Show Cause is discharged.  The hearing set for April 21, 2015 is vacated.

      **IT IS SO ORDERED.**

Dated:  April 16, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **C14-05167 HRL** N**otice will be electronically mailed to:**

2   Carlo Luis Rodes      crodes@mcguirewoods.com, mmyers@mcguirewoods.com

3   John Steve Sargetis      jsargetis@unitedlawcenter.com, apeterson@unitedlawcenter.com,
    dmatthews@unitedlawcenter.com, kmontgomery@unitedlawcenter.com,
4   kpillado@unitedlawcenter.com, ragra@unitedlawcenter.com, tlevitt@unitedlawcenter.com

5
    Seth Philip Cox      spcox@mcguirewoods.com, dvickers@mcguirewoods.com
6

7   **Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2