*E-Filed: June 1, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CURTIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>        Defendants. | Case No.  14-cv-05167-HRL<br><br>**ORDER:**<br><br>**(1) SETTING HEARING ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER ON  JUNE 3, 2015; AND**<br><br>**(2) SETTING BRIEFING SCHEDULE ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING**<br><br>Re: Dkt. No. 44 |

On May 29, 2015, Plaintiffs filed an Application for Temporary Restraining Order. Plaintiffs request a temporary restraining order and issuance of order to show cause pending a preliminary injunction against Defendants to enjoin the trustee's sale of Plaintiffs' residence located at 540 Walten Way, Windsor, CA 95492.   The trustee's sale is scheduled to take place on June 4, 2015.

A hearing on the Application for Temporary Restraining Order is set for June 3, 2015, at 10:00 a.m.  Any response shall be filed by June 2, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: June 1, 2015

                                                                              _____<br>
                                                                              HOWARD R. LLOYD<br>
                                                                              United States Magistrate Judge