*E-Filed: June 30, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CURTIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>        Defendants. | Case No.  14-cv-05167-HRL<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO JULY 14, 2015** |

Plaintiffs filed a motion for preliminary injunction to enjoin the trustee's sale of the real property located at 540 Walten Way, Windsor, California 94592, which is currently scheduled for July 6, 2015.  Dkt. No. 57.  A hearing on the motion was held on June 30, 2015. At the hearing, the parties indicated that they are willing to stipulate to continue the trustee's sale until the appeal of Plaintiffs' fourth loan modification application is decided.  Accordingly, the hearing on Plaintiffs' motion for preliminary injunction is continued to July 14, 2015, at 10:00 a.m.  If a stipulation to continue the trustee's sale is filed before the hearing date, the hearing will be vacated.  Counsel for Defendants represented that the trustee's sale will not take place before the July 14, 2015 hearing.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge