*E-Filed: July 15, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CURTIS, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>            Defendants. | Case No.  14-cv-05167-HRL<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO JULY 21, 2015** |

Plaintiffs filed a motion for preliminary injunction to enjoin the trustee's sale of the real property located at 540 Walten Way, Windsor, California 94592. Dkt. No. 57. A hearing on the motion was initially held on June 30, 2015. At the hearing, the parties indicated that they were willing to stipulate to continue the trustee's sale. Accordingly, the court continued the hearing on Plaintiffs' motion for preliminary injunction to July 14, 2015, at 10:00 a.m.

A hearing was held on July 14, 2015. The parties did not file a stipulation to continue the trustee's sale. For the reasons indicated at the hearing, the hearing on the motion for preliminary injunction is continued to July 21, 2015, at 10:00 a.m. If a suitable stipulation to continue the trustee's sale until after this action is resolved is filed by July 20, 2015, at 10:00 a.m., the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: July 15, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge