E-Filed 5/31/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM CURTIS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-05167-HRL<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

This court issued a scheduling order which set a final pretrial conference and directed the parties to comply with the undersigned's Standing Order re: Pretrial Preparation. Dkt. No. 28 at 2. The court continued the final pretrial conference to June 2, 2016.  Dkt. Nos. 92, 95.

The Standing Order re: Pretrial Preparation requires the parties to file certain documents "[n]ot less than fourteen . . . days prior to the" final pretrial conference; the parties failed to make the required filings.

Accordingly, lead counsel for each party shall appear in person on June 2, 2016 at 1:30 p.m. in Courtroom 2 on the fifth floor of the United States District Court at 280 South First Street in San Jose, California to show cause, if any, why they should not be sanctioned for failing to comply with the Standing Order re: Pretrial Preparation.

**IT IS SO ORDERED.**

Dated: 5/31/16

HOWARD R. LLOYD
United States Magistrate Judge