1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNA—SAN JOSE COURTHOUSE

11

| | |
|---|---|
| 12  JIM CURTIS and MARIA CURTIS, | CASE NO.  5:14-cv-05167-HRL |
| 13           Plaintiffs, | |
| 14      vs. | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |
| 15  NATIONSTAR MORTGAGE, LLC; NDEX WEST, LLC; U.S. BANK, N.A. AS TRUSTEE FOR RALI SERIES 2006-QO2 AND DOES 1-50, Inclusive, | |
| 16 | <u>Settlement Conference:</u> Current Date: June 30, 2016 |
| 17 | Time:   9:30 a.m. Crtrm: 7 |
| 18           Defendants. | |

22   **PLEASE TAKE NOTICE** that on June 28, 2016 Defendants NATIONSTAR
23 MORTGAGE LLC and U.S. BANK, N.A. AS TRUSTEE FOR RALI SERIES 2006-QO2's
24 (collectively, "Defendants") submitted a Stipulation to Continue Settlement Conference.
25 ///
26 ///
27 ///
28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

2  1. Defendant is permitted to appear telephonically for the Settlement Conference
3     currently set on June 30, 2016; AND/OR

4  2. The Settlement Conference is continued to  July 7, 2016 at 2:00 p.m.                   .

6  DATED:   June 29, 2016



HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

---

2
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE